IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RALPH S. SANDERS**                                                **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 4:03CV335LS**

**WESTERN WATER FEATURES, INC.**                        **DEFENDANT**

## ORDER

This matter came before the court on a letter received from the Plaintiff on April 10, 2006, in which he asks the court to grant his "Motion of Discovery." He also states that the Defendant has not sent him a response "concerning Court Order issued August 10, 2005." That Order was a Case Management Plan Order, which set the schedule for this matter, and no response was required. It does not appear from the docket that the Plaintiff has ever made a discovery request in accordance with the Rules of Civil Procedure. If he has, then the Defendant should respond to it. Additionally, if the Defendant has not served pre-discovery disclosure information on the Plaintiff, it should do that as well. Otherwise the Motion for Discovery should be denied.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion for Discovery is hereby **granted** in part and **denied** in part, as further explained above.

IT IS SO ORDERED, this the 24th day of April, 2006.

                                                              s/John M. Roper
                                            UNITED STATES MAGISTRATE JUDGE