IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RALPH SANDERS**                                                                                                 **PLAINTIFF**

**VERSUS**                                                    **CIVIL ACTION NO. 4:03CV335TSL-JMR**

**WESTERN WATER FEATURES, INC.**                                  **DEFENDANT**

<u>ORDER</u>

Upon consideration of the application to proceed <u>in forma pauperis</u> on appeal to the United States Court of Appeals for the Fifth Circuit filed by the plaintiff in the above entitled action, the court notes that the plaintiff failed to complete the appropriate application to proceed <u>in forma pauperis</u>.  Accordingly, it is hereby ORDERED:

1.  That within fifteen days of the entry of this order, plaintiff shall file a completed application for leave to proceed <u>in forma pauperis</u> or pay the required appeal filing fee of $455.00.

2.  The Clerk shall mail the attached <u>in forma pauperis</u> application to the plaintiff at his last known address.

Failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the denial of <u>in forma pauperis</u> status.

THIS, the <u>4th</u> day of January, 2007.

                                                   /S/ TOM S. LEE
                                        UNITED STATES DISTRICT JUDGE