SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

JUN 1 5 2007

J. T. NOBLIN, CLERK
BY_____ DEPUTY

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130


June 8, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 06-60513 Sanders v. WE Water Features
USDC No. 4:03-CV-335


The court has granted appellant's motion to reinstate the appeal.


Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Dawn D. Victoriano, Deputy Clerk
504-310-7717

P.S. The appellee's brief will now be due for filing within 30 days from this date.


Mr Ralph S Sanders
Mr Brandon Lee Jolly
Mr J T Noblin, Clerk

MOT-2